UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William L. Pegg Jr., 5528
133 Washington Street
Morristown, N.J. 07960
(973) 540-0202
Attorney for the Debtor

| | |
|---|---|
| In Re:<br><br>Pernanand Persaud | Case No.: _____ 18-30560 _____<br><br>Judge: _____ Meisel _____<br><br>Chapter: _____ 13 _____ |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by ____ Round Point Mtg. Svcing ____ ,

   creditor,

   A hearing has been scheduled for _____ July 17 _____ , at __ 10 AM __ .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ , at _____ .

   ☐ Certification of Default filed by _____ ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☒ Payments have been made in the amount of $ __ 7900.00 __ , but have not

   been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
An additional $2000.00 will be paid by July 5, 2019.

3.    This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _7/2/19_____          /s/ Purnanand  Persaud_____
                                                    Debtor's Signature

Date: _____          _____
                                                    Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Case 18-30560-RG     Doc 47     Filed 07/02/19     Entered 07/02/19 11:00:00     Desc Main
Document      Page 3 of 5

# CHASE ◯

Printed from Chase Personal Online

| Send on | Deliver by | Status | Payee | Amount |
|---|---|---|---|---|
| May 16, 2019 | May 17, 2019 | Paid | Mortgage ❯ (1455) | $2,000.00 |
| May 8, 2019 | May 9, 2019 | Paid | Mortgage ❯ (1455) | $1,000.00 |
| Apr 17, 2019 | Apr 18, 2019 | Paid | Mortgage ❯ (1455) | $500.00 |
| Mar 28, 2019 | Mar 29, 2019 | Paid | Mortgage ❯ (1455) | $1,500.00 |

The Bill Payment and Transfers Agreement applies.

Don't see your payment? Send us an Inquiry ❯

JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender ⌂

Case 18-30560-RG    Doc 47    Filed 07/02/19    Entered 07/02/19 11:00:00    Desc Main
Document    Page 4 of 5

**Date Range**

| Past 30 days | May 21, 2019 and future | |
|---|---|---|

Filter By

Showing 1 - 1 of 1 payments

| Withdraw On | Description | Category | Amount | Deliver By | Status |
|---|---|---|---|---|---|
| 6-18-19 | Roundpoint Mortgage Servicing x1455 | Mortgage | $900.00 TD SIMPLE CHECKING x1355 | 6-18-19 | Processed Cfm # P7164-0VGLT |
| | | **Total** | $900.00 | | *Pending, Processing, and Processed payments only, including any fees* |

Showing 1 - 1 of 1 payments

Pending ▶ Processing ▶ Processed ✓



Roundpoint Mor...

x1455

| | |
|---|---|
| **Pay From** | TD SIMPLE CHECKING x1355 |
| **Amount** | $2,000.00 |
| **Withdraw On** | Jun 27, 2019 |
| **Category** | Mortgage |
| **Confirmation** | P7X8P-2L56X |

ELECTRONIC
PROCESSED
Jun 27