UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : ACAR Leasing LTD, d/b/a GM Financial Leasing
Our File No.: 49988
JM-5630

Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Purnanand Persaud

| | |
|---|---|
| Case No.: | 18-30560 |
| Hearing Date: | 11-6-2019 |
| Judge: | RG |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 12, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of _____ACAR Leasing LTD, d/b/a GM Financial Leasing_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

   2016 GMC Yukon
   Vehicle Identification Number
   1GKS2FKC6GR356119

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Purnanand Persaud  
      Debtor

Case No. 18-30560-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 12, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db            +Purnanand Persaud,    626 Maplewood Ave.,    Roselle Park, NJ 07204-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation  
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing  
        ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
       Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation  
        kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William L. Pegg, Jr.    on behalf of Debtor Purnanand   Persaud williamlpeggjr@gmail.com,  
        williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com  
       William M. E. Powers, III    on behalf of Creditor    Primary Residential Mortgage, Inc.  
        ecf@powerskirn.com  
       William M.E. Powers    on behalf of Creditor    Primary Residential Mortgage, Inc.  
        ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Primary Residential Mortgage, Inc.  
        ecf@powerskirn.com  
                                                                        TOTAL: 9