| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>RoundPoint Mortgage Servicing Corporation | Chapter: 13<br><br>Hearing Date:<br><br>Judge: Rosemary Gambardella |
| In re:<br>Purnanand Persaud            Debtor<br><br>Suraj Hariprashad          Co-Debtor | |

**Order Filed on March 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | ☐ Modified |

# ORDER VACATING STAY AND
# CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 27, 2020**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of  <u>RoundPoint Mortgage Servicing Corporation</u>, under Bankruptcy Code sections 362(a) and 1301 (c)  for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as, 626 Maplewood Avenue, Roselle Park NJ 07204**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.