| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No: | 1... |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>RoundPoint Mortgage Servicing Corporation | Chapter: 13<br><br>Hearing Date:<br><br>Judge: Rosemary Gambardella | Order Filed on March 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In re:
Purnanand Persaud                    Debtor

Suraj Hariprashad                    Co-Debtor

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 27, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of  RoundPoint Mortgage Servicing Corporation, under Bankruptcy Code sections 362(a) and 1301 (c)  for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as, 626 Maplewood Avenue, Roselle Park NJ 07204**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30560-RG
Purnanand Persaud                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 02, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db              +Purnanand Persaud,    626 Maplewood Ave.,   Roselle Park, NJ 07204-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
     dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
     ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
    Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
     kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William L. Pegg, Jr.    on behalf of Debtor Purnanand  Persaud williamlpeggjr@gmail.com,
     williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
    William M. E. Powers, III    on behalf of Creditor    Primary Residential Mortgage, Inc.
     ecf@powerskirn.com
    William M.E. Powers     on behalf of Creditor    Primary Residential Mortgage, Inc.
     ecf@powerskirn.com
    William M.E. Powers, III    on behalf of Creditor    Primary Residential Mortgage, Inc.
     ecf@powerskirn.com
                                                                                                                                                                        TOTAL: 9