Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−30560−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Purnanand Persaud
   626 Maplewood Ave.
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−6487

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/20/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 20, 2020
JAN: slm

    Jeanne Naughton
    Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey

In re:                                                            Case No. 18-30560-RG
Purnanand Persaud                                                 Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2            Date Rcvd: Apr 20, 2020
                               Form ID: 148                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db             +Purnanand Persaud,    626 Maplewood Ave.,    Roselle Park, NJ 07204-1128
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,   Arlington, TX 76014-4101
517851442      +ACAR Leasing LTD d/b/a,    GM Financial Leasing,   Po Box 183853,   Arlington TX 76096-3853
517815633      +GMC Financial,    POB 78143,   Phoenix, AZ 85062-8143
517815634      +Neelawaatie,    626 Maple Ave.,   Roselle Park, NJ 07202-2608
517815635      +Primary Residential Mortgage, Inc.,    c/o Powers Kern, LLC,    728 Marne Highway, Suite 200,
                 Moorestown, NJ 08057-3128
518255903       RoundPoint Mortgage Servicing Corporation,    PO Box 19409,    Charlotte, NC 282199409
518255904       RoundPoint Mortgage Servicing Corporation,    PO Box 19409,    Charlotte, NC 282199409,
                 RoundPoint Mortgage Servicing Corporatio,    PO Box 19409,    Charlotte, NC 282199409
517965593      +Shenise King,    440 West Grand Street,    Elizabeth, NJ 07202-1110
517815636      +Suraj Hariprashad,    22-58 Quimby Ave.,    Bronx, NY 10473-1324
517815640      +TD,   POB 8400,    Lewiston, ME 04243-8400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 00:03:50      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 00:03:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PRA.COM Apr 21 2020 03:23:00       Synchrony Bankc/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517815632      +EDI: WFNNB.COM Apr 21 2020 03:23:00      Comenity National Bank,    POB 182273,
                 Columbus, OH 43218-2273
517815631       EDI: JPMORGANCHASE Apr 21 2020 03:23:00       Chase,   PO Box 15153,   Wilmington, DE 19886
517937519       EDI: PRA.COM Apr 21 2020 03:23:00       Portfolio Recovery Associates, LLC,    c/o Lowe's,
                 POB 41067,    Norfolk VA 23541
517931859       EDI: PRA.COM Apr 21 2020 03:23:00       Portfolio Recovery Associates, LLC,    c/o Pc Richard,
                 POB 41067,    Norfolk VA 23541
517898112      +E-mail/Text: servicingnotification@primeres.com Apr 21 2020 00:04:13
                 Primary Residential Mortgage, Inc.,    P.O. Box 593,   Salt Lake City, UT 84110-0593
517925224       EDI: Q3G.COM Apr 21 2020 03:23:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517818687      +EDI: RMSC.COM Apr 21 2020 03:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517815637      +EDI: RMSC.COM Apr 21 2020 03:23:00      Synchrony Bank,    POB 960 061,   Orlando, FL 32896-0061
517815642      +EDI: WFFC.COM Apr 21 2020 03:23:00      Wells Fargo,    POB 71118,   Charlotte, NC 28272-1118
517815641      +EDI: WFFC.COM Apr 21 2020 03:23:00      Wells Fargo,    POB 77053,   Minneapolis, MN 55480-7753
517916089       EDI: WFFC.COM Apr 21 2020 03:23:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517908580       EDI: WFFC.COM Apr 21 2020 03:23:00      Wells Fargo Bank, N.A., Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517815638*     +Synchrony Bank,    POB 960 061,   Orlando, FL 32896-0061
517815639*     +Synchrony Bank,    POB 960 061,   Orlando, FL 32896-0061
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 20, 2020
                              Form ID: 148             Total Noticed: 26


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William L. Pegg, Jr.    on behalf of Debtor Purnanand  Persaud williamlpeggjr@gmail.com,
               williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
              William M. E. Powers, III    on behalf of Creditor    Primary Residential Mortgage, Inc.
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Primary Residential Mortgage, Inc.
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Primary Residential Mortgage, Inc.
               ecf@powerskirn.com
                                                                                             TOTAL: 9
```